UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SCANNED

| | | |
|---|---|---|
| RICHARD BENTFIELD and DONNA BENTFIELD | : | |
| vs. | : | C. A. No. 04-502 S |
| STARKWEATHER & SHEPLEY INSURANCE BROKERAGE INCORPORATED | : | |
| vs. | : | |
| BLUE CROSS & BLUE SHIELD OF RHODE ISLAND | : | |

## AMENDED NOTICE OF DEPOSITION

To: C. Russell Bengtson, Esq.
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903

Joseph M. DiOrio, Esq.
John P. Walsh, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

DEPONENT: RICHARD BENTFIELD

DATE: June 23, 2005

TIME: 10:00 a.m.

PLEASE TAKE NOTICE that the Defendant will take the testimony on oral examination of the above-named at the time set forth above before a Notary Public of the State of Rhode Island and thereafter from day to day as the taking of the deposition may be adjourned at the office of **Davis, Kilmarx, Swan & Bowling, LLP, 101 Dyer Street, Providence, RI**, at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

By its Attorney,

Henry M. Swan #1056
Davis, Kilmarx, Swan & Bowling, LLP
101 Dyer Street
Providence, RI 02903
Telephone 401 273-9000
Fax 401-273-9724

CERTIFICATION

I hereby certify that on June 6, 2005, I mailed a true copy of the foregoing Notice of Deposition by regular mail, postage prepaid, to the above-named attorneys at their regular stated place of business.