UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RICHARD BENTFIELD and DONNA BENTFIELD | : | |
| vs. | : | C.A. No. 04-502-S |
| STARKWEATHER & SHEPLEY INSURANCE BROKERAGE, INCORPORATED | : | |
| vs. | : | |
| BLUE CROSS & BLUE SHIELD OF RHODE ISLAND | : | |

NOTICE TO TAKE DEPOSITION

Please take notice that pursuant to FED. R. CIV. P. 30 (b) (6), the testimony upon oral examination Blue Cross & Blue Shield of Rhode Island by and through any person or persons most knowledgeable with respect to the areas of inquiry enumerated in Schedule A attached hereto.

Furthermore, pursuant to FED. R. CIV. P. 30 (b) (5), Blue Cross & Blue Shield of Rhode Island is compelled to produce and permit the inspection and copying of all documents as described in Schedule B attached hereto.

These examinations will be taken before a Notary Public, or before another person authorized to administer oaths on **Monday, June 27, 2005 at 1:00 p.m.** at the Law Office of Carroll, Kelly & Murphy, One Turks Head Place, Suite 400, Providence, RI 02903. Said examinations will continue from day to day until completed and are being taken on behalf of the plaintiffs, Richard and Donna Bentfield.

Third party defendant, Blue Cross & Blue Shield of Rhode Island, is advised of its responsibility to designate one or more persons to appear and testify on its behalf as to the areas of inquiry enumerated in Schedule A and to produce the documents described in Schedule B.

**This notice cancels the previous notice scheduling the deposition for June 14, 2005.**

CARROLL, KELLY & MURPHY

C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272

# CERTIFICATION

I hereby certify that a true and accurate copy of the within was hand delivered to the counsel of record listed below on this 13th day of June 2005.

Henry M. Swan, Esquire
Davis, Kilmarx, Swan & Bowling, LLP
101 Dyer Street
Providence, RI 02903

John P. Walsh, Esquire
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

## SCHEDULE A

Areas of inquiry:

1. The person or persons most knowledgeable concerning Starkweather & Shepley Insurance Brokerage, Inc.'s (Strarkweather & Shepley) contract(s) with Blue Cross & Blue Shield of Rhode Island, alias, since January 1, 1985.

2. The person or persons most knowledgeable concerning Starkweather & Shepley's negotiations with Blue Cross & Blue Shield of Rhode Island, alias, since January 1, 1985.

3. The person or persons most knowledgeable concerning Starkweather & Shepley's contract with Blue Cross & Blue Shield of Rhode Island Coordinated Health Partners, Inc. effective November 1, 2002. Said contract is attached as Exhibit A.

4. The person or persons most knowledgeable concerning Starkweather & Shepley's negotiations with Blue Cross & Blue Shield of Rhode Island Coordinated Health Partners, Inc. for the contract effective November 1, 2002. Said contract is attached as Exhibit A.

5. The person or persons most knowledgeable concerning the Blue Cross & Blue Shield of Rhode Island, Group Plan 65, Subscriber Agreement, that is a part of Starkweather & Shepley's contract with Blue Cross & Blue Shield of Rhode Island Coordinated Health Partners, Inc. effective November 1, 2002.

6. The person or persons most knowledgeable concerning the Blue Cross & Blue Shield of Rhode Island, HealthMate Coast to Coast, Subscriber Agreement, that is a part of Starkweather & Shepley's contract with Blue Cross & Blue Shield of Rhode Island Coordinated Health Partners, Inc. effective November 1, 2002.

## SCHEDULE B

Documents to be produced:

1. Any and all Starkweather & Shepley Insurance Brokerage, Inc.'s (Starkweather & Shepley) contracts with Blue Cross & Blue Shield of Rhode Island, alias, in effect since January 1, 1985.

2. Any and all draft or revised contracts between Starkweather & Shepley and Blue Cross & Blue Shield of Rhode Island Coordinated Health Partners, Inc. for the contract effective November 1, 2002.

3. Any and all notes, memorandums and documents pertaining to the contract between Starkweather & Shepley and Blue Cross & Blue Shield of Rhode Island Coordinated Health Partners, Inc. effective November 1, 2002.