UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RICHARD BENTFIELD and DONNA BENTFIELD | |
| vs. | C.A. No. 04-502 S |
| STARKWEATHER & SHEPLEY INSURANCE BROKERAGE INCORPORATED | |
| vs. | |
| BLUE CROSS & BLUE SHIELD OF RHODE ISLAND | |

**WITHDRAWAL OF APPEARANCE**

Joseph M. DiOrio hereby withdraws his appearance on behalf of Blue Cross & Blue Shield of Rhode Island.

Joseph M. DiOrio (#2616)
Law Office of Joseph M. DiOrio, Inc
10 Dorrance Street, Suite 1200
Providence, Rhode Island 02903
Phone: (401) 632-0911
Fax: (401) 632-0751

Dated: June 9, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2005, I mailed a true copy of the foregoing Withdrawal of Appearance via first class mail, postage prepaid, to the following individuals:

| | |
|---|---|
| Henry M. Swan Esq.<br>Davis Kilmarx, Swan & Bowling LLP<br>101 Dyer Street<br>Providence, Rhode Island 02903 | John P. Walsh, Esq.<br>Holland & Knight, LLP<br>One Financial Plaza, Suite 1800<br>Providence, Rhode Island 02903 |
| C. Russell Bengston, Esq.<br>Carroll, Kelly & Murphy<br>One Turks Head Place, Suite 400<br>Providence, Rhode Island 02903 | |

Stephanie Petteo