UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RICHARD BENTFIELD and DONNA BENTFIELD | : | |
| VS. | : | C.A. NO. 04-502-S |
| STARKWEATHER & SHEPLEY INSURANCE BROKERAGE, INCORPORATED | : | |
| BLUE CROSS & BLUE SHIELD OF RHODE ISLAND | : | |

MOTION TO EXTEND THE DEADLINE FOR FILING OF DISPOSITIVE MOTIONS

Now come the plaintiffs and move that the time in which the defendants have to file dispositive motions be extended to July 29, 2005. See Memorandum of Law hereunto annexed and made a part hereof.

CARROLL, KELLY & MURPHY

C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272

CERTIFICATION

I hereby certify that a true copy of the within was hand delivered to Henry M. Swan, Esquire, Davis, Kilmarx, Swan & Bowling, LLP, 101 Dyer Street, Providence, RI 02903 and John P. Walsh, Esquire, Holland & Knight, LLP, One Financial Plaza, Suite 1800, Providence, RI 02903 on this 7th day of July, 2005.

UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RICHARD BENTFIELD and DONNA BENTFIELD | : | |
| VS. | : | C.A. NO. 04-502-S |
| STARKWEATHER & SHEPLEY INSURANCE BROKERAGE, INCORPORATED | : | |
| BLUE CROSS & BLUE SHIELD OF RHODE ISLAND | : | |

MEMORANDUM OF LAW IN SUPPORT OF EXTENDING THE TIME FOR FILING A MOTION FOR SUMMARY JUDGMENT PURSUANT TO THE PRE-TRIAL ORDER OF MARCH 8, 2005

This Court entered a Pre-Trial Order on March 8, 2005 closing discovery as of July 8, 2005 and mandating that any dispositive motions, including motions for summary judgment must be filed by July 8, 2005.

The parties diligently scheduled depositions. The plaintiffs scheduled 30(b)(6) depositions of Blue Cross & Blue Shield and for Starkweather & Shepley on May 4, 2005. The defendant, Starkweather & Shepley, scheduled depositions of both plaintiffs for May 18, 2005.

The depositions scheduled for May 4, 2005 were canceled because of scheduling difficulties. In the interim, counsel for the plaintiff was hospitalized from May 10, 2005 through June 1, 2005.

Thereafter the depositions were promptly rescheduled and were completed on June 27, 2005.

Counsel has just received the deposition transcripts for the Starkweather & Shepley, Blue Cross and plaintiffs' depositions.

Therefore counsel for the plaintiffs request that the time in which they have to file their motions for summary judgment be continued to July 29, 2005.

Neither counsel for Starkweather & Shepley nor counsel for Blue Cross have any objections to the granting of the Motion to Extend.

CARROLL, KELLY & MURPHY

C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272

CERTIFICATION

I hereby certify that a true copy of the within was hand delivered to Henry M. Swan, Esquire, Davis, Kilmarx, Swan & Bowling, LLP, 101 Dyer Street, Providence, RI 02903 and John P. Walsh, Esquire, Holland & Knight, LLP, One Financial Plaza, Suite 1800, Providence, RI 02903 on this 7th day of July, 2005.