UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RICHARD BENTFIELD and DONNA BENTFIELD | : | |
| VS. | : | C.A. NO. 04-502-S |
| STARKWEATHER & SHEPLEY INSURANCE BROKERAGE, INCORPORATED | : | |
| BLUE CROSS & BLUE SHIELD OF RHODE ISLAND | : | |

MOTION TO EXTEND THE DEADLINE FOR FILING OF DISPOSITIVE MOTIONS

Now come the plaintiffs and move that the time in which the defendants have to file dispositive motions be extended to July 29, 2005. See Memorandum of Law hereunto annexed and made a part hereof.

CARROLL, KELLY & MURPHY

C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272

CERTIFICATION

I hereby certify that a true copy of the within was hand delivered to Henry M. Swan, Esquire, Davis, Kilmarx, Swan & Bowling, LLP, 101 Dyer Street, Providence, RI 02903 and John P. Walsh, Esquire, Holland & Knight, LLP, One Financial Plaza, Suite 1800, Providence, RI 02903 on this 7th day of July, 2005.

GRANTED

William E. Smith
U.S. District Judge
7/11/05