FILED
OCT 11 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RICHARD BENTFIELD and
DONNA BENTFIELD

VS. C.A. NO. 04-502-S

STARKWEATHER & SHEPLEY
INSURANCE BROKERAGE,
INCORPORATED

BLUE CROSS & BLUE SHIELD OF
RHODE ISLAND

DISMISSAL STIPULATION

In the above entitled matter, the following has been agreed to by and between the parties:

All claims are hereby dismissed with prejudice -- no interest -- no costs.

**RICHARD BENTFIELD AND DONNA BENTFIELD**

C. RUSSELL BENGTSON #1233
Carroll Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272

**STARKWEATHER & SHEPLEY INSURANCE BROKERAGE, INCORPORATED**

HENRY M. SWAN #1056
Davis Kilmarx Swan & Bowling LLP
101 Dyer Street
Providence, RI 02903
(401) 273-9724

**BLUE CROSS & BLUE SHIELD OF RHODE ISLAND**

JOHN P. WALSH #6709
Holland & Knight LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 10/11/05